MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| ANASTASIA JOY STEIN,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant | CASE NO.: 2:24-cv-01007-EFB<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for Plaintiff to file her motion for summary judgment to September 23, 2024.

Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel has several competing deadlines in the first two weeks of September and personal obligations with her family and requires an additional two weeks to prepare the motion for summary judgment in this case.

On August 29, 2024, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

| | | |
|---|---|---|
| DATE:  August 29, 2024 | | Respectfully submitted, |
| | By: | /s/ Margaret Lehrkind |
| | | Margaret Lehrkind |
| | | SBCA # 314717 |
| | | 2625 Alcatraz Ave, # 208 |
| | | Berkeley, CA 94705 |
| | | Tel: 510-590-1907 |
| | | Margaret@LehrkindLawOffice.com |
| | By: | /s/ Justin Lane Martin |
| | | Justin Lane Martin |
| | | Office of the General Counsel, SSA |
| | | Office of Program Litigation, Office 7 |
| | | Social Security Administration |
| | | 6401 Security Boulevard |
| | | Baltimore, MD 21235 |
| | | 510-970-4808 |
| | | Email: justin.l.martin@ssa.gov |

**IT IS SO ORDERED.**

DATED:  August 29, 2024.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE